IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOVX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 15-605-SLR |
| | ) |
| SHIPPING AND TRANSIT, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 19th day of November, 2015, there being no activity in the above captioned case since the summons were issued on July 16, 2015 and no proof of service having been filed on the docket;

IT IS ORDERED that, on or before **December 21, 2015**, plaintiff shall show cause why the complaint should not be dismissed for failure to timely serve process pursuant to Fed. R. of Civ. P. 4(m). FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE CASE.

United States District Judge